FILED
September 10, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002078621

L.J. LOHEIT, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE:

TRUDY MCINTYRE FIMPLE

Debtor(s)

Case No: 09-37398-D-13L
DCN: NLE-1

DATE: SEPTEMBER 29, 2009
TIME: 1:00 P.M.
JUDGE: BARDWIL
COURTROOM: 34

TRUSTEE'S MOTION TO DISMISS CASE: NOT ALL DOCUMENTS FILED AS REQUIRED UNDER SECTION 521(i), DEBTOR HAS NOT FILED A PLAN

LAWRENCE J. LOHEIT, STANDING CHAPTER 13 TRUSTEE, hereby moves the Court for an order dismissing this case pursuant to 11 U.S.C. §1307(c) as:

Debtor has engaged in unreasonable delay that is prejudicial to creditors.

Debtor has failed to file a Chapter 13 Plan, Form 22C, Schedules A-J, Statement of Financial Affairs, Statistical Summary and Summary of Schedules.

1

| | |
|---|---|
| 1 | The debtor must be current under all payments called for by any pending Plan, Amended |
| 2 | Plan, or Modified Plan as of the date of the hearing on this motion or the case may be dismissed. |

WHEREFORE, the Trustee asks that the Court grant an order dismissing this proceeding.

Dated: September 10, 2009

_____
Neil Enmark, Attorney for Trustee