FILED
October 29, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D29

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Trudy McIntyre Fimple | **Case No :** | 09-37398 - D - 13 L |
| | | **Date :** | 10/27/09 |
| | | **Time :** | 10:00 a.m. |

**Matter :** [16] - Order to Show Cause - Failure to Pay Fees as Transmitted to BNC for Service. Hearing to be held on 10/27/2009 at 10:00 AM at Sacramento Courtroom 34, Department D. (jdas)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
    Neil Enmark (for the Trustee)

### CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

Pursuant to the Order to Show Cause the case is dismissed.

Dated: October 29, 2009

_Robert S. Bardwil_
Robert S. Bardwil, Judge
United States Bankruptcy Court