

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM − 4:00 PM

**FILED**

**10/30/09**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

jdas

## NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

Case Number:    09-37398 − D − 13 L

Debtor Name(s), Social Security Number(s), and Address(es):

Trudy McIntyre Fimple
xxx-xx-3268

3150 Mercedes Pl
Roseville, CA 95747

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on October 30, 2009 . The document number and docket text for this order are set forth below.

[29] − Civil Minute Order Granting [16] Order to Show Cause − Failure to Pay Fees (jdas)
[29] − Order/Civil Minute Order Dismissing Case/Proceeding. (jdas)

Dated:
10/30/09

For the Court,
Richard G. Heltzel , Clerk